UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

AUG 1 3 2014

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| KYLE KIENSTRA, ) | 4:14CR250 CDP/TIA |
| DAVID BRECKER, a/k/a "Baldy" ) | |
| MICHAEL SARACINO, ) | |
| ANTHONY BOEHM, a/k/a "Tony" ) | |
| MILES AMANN, ) | |
| SCOTT HENSLER, a/k/a "Scooter" and ) | |
| "Lenny" ) | |
| CHAD COLLINS, a/k/a "Arnold" ) | |
| DEREK LUTZ, ) | |
| JOHN MORGAN, ) | |
| GREG GIBBAR, ) | |
| BRENT GIBBAR, ) | |
| GIANPIERO BARRALE, and ) | |
| SHELLY BAKER, ) | |
| Defendants. ) | |

## GOVERNMENT'S ENTRY OF APPEARANCE

COME NOW Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Stephen R. Casey, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

_____
STEPHEN R. CASEY #58879MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200