

**U.S. Department of Justice**

United States Attorney
Eastern District of Missouri

*Organized Crime Drug Enforcement Task Force*

FILED
AUG 1 9 2014
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

---

*Stephen R. Casey*
*Assistant United States Attorney*

*Thomas Eagleton U.S. Courthouse*
*111 S. 10th Street, Rm. 20.333*
*St. Louis, MO 63102*

OFFICE: 314-539-2200
DIRECT: 314-539-6068
FAX: 314-539-2312

August 19, 2014

Mr. Gregory J. Linhares
Clerk of Court
United States District Court
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

    Re: <u>United States v. Kyle Kienstra, et al</u>
        Cause Number: 4:14CR250 CDP

Dear Mr. Linhares:

    The indictment returned by the Grand Jury in the above-captioned case on August 13, 2014, was ordered suppressed pending the apprehension of the defendants named therein.

    One or more of the defendants have now been apprehended. Therefore, it is directed that the suppression order of this indictment be lifted.

                        Very truly yours,

                        RICHARD G. CALLAHAN
                        United States Attorney

                        STEPHEN R. CASEY
                        Assistant United States Attorney

SRC/cj

cc: U.S. Marshal