UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date __10/1/2014__   Judge __Terry I. Adelman__   Case No. __4:14cr250CDP-TIA__

UNITED STATES OF AMERICA v. __Kyle Kienstra et al__   (counsel only)

Court Reporter _____   Deputy Clerk __Kara Scheele__

Assistant United States Attorney(s) __Stephen Casey, John Davis__

Attorney(s) for Defendant(s) John Stobbs, Ronald Jenkins, Mark Gerages, Marc Johnson, Eric Butts, John Peel, Richard Sindel, Michael Fagras, Peter Cohen, Joseph Welch, Neal McCarthy, David Bruns, John Lynch, J Martin Hadican

Interpreter _____   ☐ SEALED PROCEEDING

## Proceedings:

☐ Initial Appearance                  ☐ Detention Hearing                     ☐ Preliminary Revocation
  ☐ Supervised Release Revocation     ☐ Bond Review                           ☐ Probation
☐ Arraignment                         ☐ Bond Revocation                       ☐ Supervised Release
☐ Preliminary Examination             ☐ Bond Execution/Appearance Bond        ☐ Competency
☐ Motion Hearing                      ☐ In Court Hrg (WAIVER OF MOTIONS)      ☒ Pretrial/Status Conference
  ☐ Evidentiary Hearing               ☐ Change of Plea/Sentencing             ☐ Sentencing
  ☐ Oral Argument/Non Evidentiary Hearing  ☐ Rule 5(c)(3)Removal (Identity)   ☐ Material Witness

Parties present for hearing on __Scheduling of pretrial motions and hearing; pretrial motions due 11/10/14; Evidentiary hearing set 1/13/15 & 1/14/15 @ 9:30am__

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____    ☐ Secured Appearance Bond    ☐ Secured by 10%

  ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond    ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ Before _____

☐ Preliminary Revocation   ☐ Preliminary Examination set for _____ Before _____

☐ Defendant arraigned    ☐ Waives reading of indictment/information    ☐ Matter taken under advisement

☐ Plea entered _____                         Order on pretrial motions:   ☐ issued   ☐ to issue
  ☐ Written Motion for Suppression                    ☐ Written Motion for Extension of Time to File Pretrial Motions
  ☐ Written Motion for Determination of Arguably Suppressible Evidence by Govt

☐ Defendant waives _____                                              ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing           ☐ By leave of court withdraws all pretrial motions

Trial date/time _____                                  Before _____

Final Supervised Release Revocation Hearing set for _____          Before _____

  ☐ Remanded to custody   ☐ Released on bond

Next hearing date/time _____   Type of hearing _____   Before _____
Proceeding commenced __11:10__   Proceeding concluded __11:28__   Continued to _____