Date/Time Printed 11/20/2012 11:00:56
Printed By / Reason #mckjr2 / review

12-53375

## SAINT LOUIS COUNTY POLICE DEPARTMENT
## INVESTIGATIVE REPORT
## 12 - 53375 - ORIGINAL

### INVESTIGATIVE INFORMATION

| | | | |
|---|---|---|---|
| Offense | VMCSL-POSSESSION W/INTENT | | |
| UCR Crime Code | DRUG/NARCOTIC VIOLATIONS, WEAPON LAW VIOLATIONS | | |
| Juris Reporting | SAINT LOUIS COUNTY | Call Received | ON VIEW |
| For Jurisdiction | ELLISVILLE | Reporting Officer | 268A - MCKINNEY |
| Case Status | CLEARED BY ARREST | Reporting Dept. | DRUG ENFORCEMENT |

### CAD Details

| | | | |
|---|---|---|---|
| Date/Time Received | 09/05/2012 13:00 WEDNESDAY | Nature | DRUG VIOLATION |
| Date/Time Dispatch | 09/05/2012 13:00 WEDNESDAY | Date/Time Arrival | 09/05/2012 13:00 WEDNESDAY |
| Unit Num. | 4206 | COGIS | 2160 |
| PCT/Dist | CENTRAL COUNTY PRECINCT | Sector | |

### Respond Location

| | |
|---|---|
| Street Address | 448 PARKVIEW PLACE DRIVE, ELLISVILLE, MISSOURI, 63021 |
| Apt/Suite/Rm # | Location Desc |

### Caller Information

| | |
|---|---|
| Caller Name | |
| Street Address | |
| Apt/Suite/Rm # | Location Desc |
| Area Code | Phone # |

### Occurrence Details

| | | | |
|---|---|---|---|
| Date/Time From | 09/05/2012 13:00 WEDNESDAY | Date/Time To | |
| Premise | RESIDENCE | | |
| Street Address | 448 PARKVIEW PLACE DRIVE, ELLISVILLE, MISSOURI, 63021 | | |
| t/Suite/Rm # | | Location Desc | |

### irglary Details

| | | | |
|---|---|---|---|
| Entry Point | | Exit Point | |
| Entry Method | | Tools Used | |
| ☐ Visible Point of Entry? | | | |
| Weapon/Object Used | | | |

### Other Agency

| | |
|---|---|
| Agency/Personnel | JACKMAN/BUDT/CUNNINGHAM/DAWSON/VAUGHN |

### Investigator(s)

| | | | |
|---|---|---|---|
| DSN | 2821 | Jurisdiction | SAINT LOUIS COUNTY |
| Name | PEREZ, LUIS | Unit Assignment | DRUG ENFORCEMENT |
| DSN | 3679 | Jurisdiction | SAINT LOUIS COUNTY |
| Name | BOWMAN, JOHN L | Unit Assignment | DRUG ENFORCEMENT |
| DSN | 2736 | Jurisdiction | SAINT LOUIS COUNTY |
| Name | COX, JUAN | Unit Assignment | DRUG ENFORCEMENT |
| DSN | 201A | Jurisdiction | SAINT LOUIS COUNTY |
| Name | EDWARDS, DEWITT | Unit Assignment | DRUG ENFORCEMENT |

### Management

| | | | |
|---|---|---|---|
| Date/Time Entered | 09/19/2012 14:14 WEDNESDAY | Entered By | DEBORAH BLANC |

### Approval Record(s)

| | | | |
|---|---|---|---|
| FINAL APPROVAL | JACOB DODSON | DSN 3983 | 10/04/2012 16:10 THURSDAY |
| SUPERVISOR REVIEW | JUAN COX | DSN 2736 | 10/03/2012 19:57 WEDNESDAY |

Date/Time Printed 11/20/2012 11:00.56　　　　　　　　　　　　　　　　　　　　　　　12-53375
Printed By / Reason: #mckjr2 / review

## VICTIM BUSINESS INFORMATION

☑ Will Prosecute
**Business Name**   STATE OF MISSOURI
**Business Type**
**Additional Info**

## ADDITIONAL PARTY #1 INFORMATION

| | | |
|---|---|---|
| Person Role(s) | REPORTING PARTY, WITNESS, PERSON DISCOVERING | |
| **Person Information** | | |
| Last Name | MCKINNEY, DET. | Middle Name |
| First Name | | Suffix Name |
| SSN | | Ethnicity |
| License Number | | License State |
| Race | | Sex |
| DOB | | Age |
| Resident Status | | |
| Additional Info | | |
| Email Address | | |

## ADDITIONAL PARTY #2 INFORMATION

| | | |
|---|---|---|
| Person Role(s) | REPORTING PARTY, WITNESS, PERSON DISCOVERING | |
| **Person Information** | | |
| Last Name | PEREZ, DET. | Middle Name |
| First Name | | Suffix Name |
| SSN | | Ethnicity |
| License Number | | License State |
| Race | | Sex |
| DOB | | Age |
| Resident Status | | |
| Additional Info | | |
| Email Address | | |

## ADDITIONAL PARTY #3 INFORMATION

| | | |
|---|---|---|
| Person Role(s) | REPORTING PARTY, WITNESS, PERSON DISCOVERING | |
| **Person Information** | | |
| Last Name | BOWMAN, DET. | Middle Name |
| First Name | | Suffix Name |
| SSN | | Ethnicity |
| License Number | | License State |
| Race | | Sex |
| DOB | | Age |
| Resident Status | | |
| Additional Info | | |
| Email Address | | |

## ADDITIONAL PARTY #4 INFORMATION

| | | |
|---|---|---|
| Person Role(s) | REPORTING PARTY, WITNESS, PERSON DISCOVERING | |
| **Person Information** | | |
| Last Name | COX, DET. SGT. | Middle Name |
| First Name | | Suffix Name |
| SSN | | Ethnicity |
| License Number | | License State |
| Race | | Sex |
| DOB | | Age |
| Resident Status | | |
| Additional Info | | |
| Email Address | | |

## ADDITIONAL PARTY #5 INFORMATION

Person Role(s)   REPORTING PARTY, WITNESS, PERSON DISCOVERING

Date/Time Printed: 11/20/2012 11 00:56
Printed By / Reason  #mckjr2 / review

12-53375

### Person Information

| Field | Value | Field | Value |
|---|---|---|---|
| Last Name | EDWARDS, DET. | Middle Name | |
| First Name | | Suffix Name | |
| SSN | | Ethnicity | |
| License Number | | License State | |
| Race | | Sex | |
| DOB | | Age | |
| Resident Status | | | |
| Additional Info | | | |
| Email Address | | | |

### ADDITIONAL PARTY #6 INFORMATION

Person Role(s): REPORTING PARTY, WITNESS, PERSON DISCOVERING

#### Person Information

| Field | Value | Field | Value |
|---|---|---|---|
| Last Name | NEFF, ID DET | Middle Name | |
| First Name | | Suffix Name | |
| SSN | | Ethnicity | |
| License Number | | License State | |
| Race | | Sex | |
| DOB | | Age | |
| Resident Status | | | |
| Additional Info | | | |
| Email Address | | | |

### ADDITIONAL PARTY #7 INFORMATION

Person Role(s): OTHER

#### Person Information

| Field | Value | Field | Value |
|---|---|---|---|
| Last Name | ROBERSON | Middle Name | MILLER |
| First Name | MISTY | Suffix Name | |
| SSN | | Ethnicity | |
| License Number | | License State | |
| Race | | Sex | FEMALE |
| DOB | | Age | 34 |
| Resident Status | | | |
| Additional Info | | | |
| Employer | TROPICAL SUN | Occupation | |

#### HOME Address

| Field | Value |
|---|---|
| Street Address | 448 PARKVIEW PLACE DRIVE, ELLISVILLE, MISSOURI, 63021 |
| Apt/Suite/Rm # | |
| Location Desc | |
| Email Address | |

### SUSPECT INFORMATION

| Field | Value |
|---|---|
| Role | ARRESTED-BOOKED AT JUSTICE SERVICES |
| Numeric Identifier(s) | OCN - D6068562 |
| Charge(s) | VMCSL-POSSESSION W/INTENT, UNLAWFUL USE OF A WEAPON |
| Caution Code(s) | |

☐ Medical Assistance  ☑ Miranda Given  ☐ Released
☐ Send A Teletype  ☐ Using Computer Equipment
☐ Warrant To Be Applied For By Reporting Officer

#### Person Information

| Field | Value | Field | Value |
|---|---|---|---|
| Last Name | BRECKER | Middle Name | COREY |
| First Name | DAVID | Sur Name | |
| Alias | | Ethnicity | HISPANIC ORIGIN |
| SSN | | ☑ Employed | |
| License Number | | License State | |
| Race | | Sex | MALE |
| DOB | | Marital Status | MARRIED |
| Age | | Resident Status | |

Date/Time Printed: 11/20/2012 11:00:56
Printed By / Reason: #mckjr2 / review

12-53375

| Field | Value | Field | Value |
|---|---|---|---|
| son Code | ADULT | Birth Place | , ARIZONA |
| ool District | | | |
| Additional Info | | | |

### Personal Descriptors

| Field | Value | Field | Value |
|---|---|---|---|
| Height | 5 ft 6 in. | Weight | 170.0 lb. |
| Eye Color | BROWN | Hair Color | BROWN |
| How Worn | | | |
| Physical Desc. | | | |
| Clothing Desc. | | | |
| Scars/Marks/Tattoos | NUMEROUS TATTOOS | | |
| Employer | TROPICAL SUN | Occupation | |

### BUSINESS Address

| Field | Value |
|---|---|
| Street Address | 1715 CLARKSON, CHESTERFIELD, MISSOURI, 63017 |
| Apt/Suite/Rm # | |
| Location Desc | |

### HOME Address

| Field | Value |
|---|---|
| Street Address | 448 PARKVIEW PLACE DRIVE, ELLISVILLE, MISSOURI, 63021 |
| Apt/Suite/Rm # | |
| Location Desc | |

### BUSINESS Phone

| Field | Value |
|---|---|
| Area Code | |
| Phone # | |
| Contact Name | |
| Ext. | |

### HOME Phone

| Field | Value |
|---|---|
| Area Code | |
| Phone # | |
| Contact Name | |
| Ext. | |

Email Address

### Physical State/Emotions

Physical State
otions
otions Comments

### Related Victim Business

1. BRECKER, DAVID, COREY IS THE UNKNOWN OF STATE OF MISSOURI

### FIREARM #1 INFORMATION

| Field | Value |
|---|---|
| Owner Name | |
| Firearm Roles | SEIZED |

**Detail Info**

| Field | Value | Field | Value |
|---|---|---|---|
| Classification | PISTOL | Firearm Action | SEMI-AUTOMATIC |
| Manufacturer | GLOCK | Model | 27 |
| Caliber | 40 | Finish | OTHER |
| Serial Num. | CCG807 | Total Length | |
| Barrel Length | | Stock Material | SYNTHETIC |
| Firearm Value | | Recovered Value | |
| Additional Info | (BLACK FINISH); SEIZED FIREARM TELETYPE: #528 | | |

### FIREARM #2 INFORMATION

| Field | Value |
|---|---|
| Owner Name | |
| Firearm Roles | SEIZED |

**Detail Info**

| Field | Value | Field | Value |
|---|---|---|---|
| Classification | PISTOL | Firearm Action | SEMI-AUTOMATIC |
| Manufacturer | RUGER | Model | P345 |
| Caliber | 45 | Finish | OTHER |
| Serial Num. | 664-99514 | Total Length | |
| Barrel Length | | Stock Material | SYNTHETIC |
| Firearm Value | | Recovered Value | |
| ditional Info | (BLACK FINISH); SEIZED FIREARM TELETYPE 529 | | |

### FIREARM #3 INFORMATION

| Field | Value |
|---|---|
| Owner Name | |
| Firearm Roles | SEIZED |

Date/Time Printed 11/20/2012 11:00:56  
Printed By / Reason. #mckjr2 / review

12-53375

| Detail Info | | | |
|---|---|---|---|
| Classification | RIFLE | Firearm Action | SEMI-AUTOMATIC |
| Manufacturer | DPMS PANTHER ARMS | Model | LR-308 |
| Caliber | 308 | Finish | OTHER |
| Serial Num. | 14685 | Total Length | |
| Barrel Length | | Stock Material | SYNTHETIC |
| Firearm Value | | Recovered Value | |
| Additional Info | (BLACK FINISH); SEIZED FIREARM TELETYPE #530 | | |

### FIREARM #4 INFORMATION

Owner Name  
Firearm Roles   SEIZED

| Detail Info | | | |
|---|---|---|---|
| Classification | RIFLE | Firearm Action | SEMI-AUTOMATIC |
| Manufacturer | BUSHMASTER | Model | XM15-E25 |
| Caliber | 223 | Finish | OTHER |
| Serial Num. | L382842 | Total Length | |
| Barrel Length | | Stock Material | SYNTHETIC |
| Firearm Value | | Recovered Value | |
| Additional Info | (BLACK FINISH); SEIZED FIREARM TELETYPE #531 | | |

### FIREARM #5 INFORMATION

Owner Name  
Firearm Roles   SEIZED

| Detail Info | | | |
|---|---|---|---|
| Classification | RIFLE | Firearm Action | SEMI-AUTOMATIC |
| Manufacturer | BUSHMASTER | Model | XM15-E25 |
| Caliber | 223 | Finish | OTHER |
| Serial Num. | L341450 | Total Length | |
| Barrel Length | | Stock Material | SYNTHETIC |
| Firearm Value | | Recovered Value | |
| Additional Info | (BLACK FINISH); SEIZED FIREARM TELETYPE #532 | | |

### NARRATIVE

In reference to Violation of Missouri Controlled Substance Law, this detective, who is currently assigned to the St. Louis County Multi-Jurisdictional Drug Task Force, will state the following.

On September 5, 2012, I was contacted by United States Postal Inspector Jackman reference to two large packages which were mailed to the Ballwin Post Office. Postal Inspector Jackman stated he was contacted by the Station Manager of the Ballwin, Missouri Post Office. Postal Inspector Jackman stated, according to the Station Manager, the regular letter carrier for the address of 448 Parkview Place Drive in Ellisville, Missouri was approached by a young Hispanic male with a shaved head, while working her route, who inquired about packages addressed to his residence.

Postal Inspector Jackman further stated the subject, later identified as David Corey Brecker, a suspected SUR13 gang member, and a subject with a lengthy narcotics and weapons history, told the letter carrier that the packages were for him and he asked the carrier when they would be delivered. Postal Inspector Jackman stated the carrier, who is 7 months pregnant, told Brecker that the parcels were too heavy for her (roughly 50 pounds per parcel) and that someone else would be delivering the

Date/Time Printed: 11/20/2012 11:00:56
Printed By / Reason: #mckjr2 / review

12-53375

rcels to him later in the afternoon. Postal Inspector Jackman stated e carrier indicated that Brecker was a known mail recipient; however, the parcels were addressed to "Mike" and the carrier indicated "Mike" was not a name known to receive mail at the address.

After obtaining all of the information from the Station Manager, Postal Inspector Jackman responded to the Ballwin, Missouri Post Office to review the parcels. The parcels were addressed as follows:

Express Mail package EG601417616US, addressed to:

Mike
448 Parkview Place Dr.
Ellisville, MO 63021

with a return of:

Charity First Insurance
1 Market Street
San Francisco, CA 94105

Express Mail package EG601417620US, addressed to:

ke
448 Parkview Place Drive
Ellisville, MO 63021

with a return of:

Charity First Insurance
1 Market Street
San Francisco, CA 94105

It should be noted the parcels were extremely heavy for Express Mail service, which is historically known as/and utilized for business correspondence mail. The parcels were also originating from a source narcotics city, San Francisco, California.

Further more, the parcels were believed to be intended for David Brecker, a subject with previous narcotics history and a subject believed to have utilized the mail for narcotics in the past. In fact, Inspectors seized Express Mail parcel EG7219951525US on December 6, 2010 by way of a federal search warrant. The parcel was addressed to:

elby Services and Inc.
1715 Clarkson Road
Chesterfield, MO 63017

Date/Time Printed. 11/20/2012 11:00:56
Printed By / Reason: #mckjr2 / review

12-53375

th a return address of:

Kim Searbin
3804 Mary Avenue
Corning, CA 96021

The Express Mail parcel contained approximately 8 pounds of marijuana and bore a fictitious addressee name. Inspectors learned that the actual business name for 1715 Clarkson Road in Chesterfield, Missouri was Tropical Sun Tanning, a company owned by David Brecker. On December 7, 2010, Inspectors, along with members of the St. Louis County Police Department, attempted a controlled delivery with the parcel, addressed to 1715 Clarkson Road. During the controlled delivery, Postal Inspector Jackman acted as a USPS Delivery Supervisor and attempted to deliver the parcel to Brecker. When Postal Inspector Jackman arrived at the business, he learned that Brecker was currently away from the building. Postal Inspector Jackman asked one of Brecker's employees to call Brecker to see if he could come to the business and sign for the parcel. Postal Inspector Jackman stated, while speaking with Brecker on the phone, he said he was not familiar with the business name and refused the parcel. Brecker then advised Postal Inspector Jackman to return the parcel back sender. Later that afternoon Postal Inspector Jackman turned the idence recovered from the Express Mail package over to the St. Louis County Police Department. See St. Louis County Police Report 10-68861 for further.

On Wednesday, September 5, 2012, St. Louis County Detective Joe Brandt responded to the Ballwin, Missouri Post Office to conduct a K9 review with his K9 trained dog, "Emma." Express Mail packages EG601417616US and EG601417620US were placed in an area not known to previously contain a narcotics odor. After placing the parcels in a non-contaminated area, Detective Brandt had K9 Emma search the parcels. Detective Brandt stated that "Emma" positively alerted on both parcels, indicating the presence of a narcotics odor.

After receiving a positive K9 alert for the parcels, Postal Inspector Jackman arranged a controlled delivery of both parcels addressed to 448 Parkview Place Drive. Postal Inspector Todd Loos acted in an undercover capacity by posing as a USPS Letter Carrier. Assisting with the controlled delivery were members of the St. Louis County Police Department, FBI Special Agent Owen Cunningham, and Postal Inspector Brian Budt.

stal Inspector Loos, who was wearing a USPS Letter Carrier uniform, and driving a USPS vehicle, delivered both parcels to 448 Parkview Place Drive.

Date/Time Printed 11/20/2012 11.00 56
Printed By / Reason. #mckjr2 / review

12-53375

On arrival Postal Inspector Loos knocked on the front door of the residence and made contact with the addressee (David Brecker). Postal Inspector Loos advised Brecker that he had a few heavy parcels for delivery and asked Brecker if he could come out to the USPS vehicle to retrieve them. Brecker agreed and walked out to the USPS vehicle. Both parcels were signature waivers and as soon as the parcels were scanned, Brecker took possession of one of the parcels, and began walking towards his front door. Prior to Brecker making entry into 448 Parkview Place Drive, Postal Inspector Brian Budt and Postal Inspector Jackman detained Brecker by way of handcuffing him. Immediately after detaining Brecker, Postal Inspector Jackman conducted a protective Terry frisk for weapons.

It should be noted, prior intelligence indicated that Brecker was arrested by the Ladue Police Department in 2010, and during the arrest he was in possession of a firearm. The Terry frisk search for weapons was negative.

Moments after the Terry frisk, Brecker said, "All that is inside the boxes are shoes."

At this time Postal Inspector Jackman and I asked Brecker if we could go inside his residence to further discuss the Express Mail packages. Brecker agreed and allowed investigators into his residence. Brecker indicated his wife, Misty Roberson, was inside the residence and alone. Brecker told investigators that the front door was unlocked and that investigators could go inside his residence.

At this time Detective Perez and I opened the front door of 448 Parkview Place Drive and announced ourselves as "Police." It should be noted, upon entering the residence I could smell a strong odor of burnt marijuana. Once Detective Perez and I entered the residence, we located Misty Roberson at the bottom of the basement stairs. Roberson was placed in handcuffs and was detained at the scene while investigators performed a protective sweep of the residence. Prior to the protective sweep, Detective Perez and I escorted Roberson up the stairwell to the living room area of the residence.

Shortly thereafter, Postal Inspector Jackman advised once he entered the residence he immediately smelled a strong odor consistent with the smell of burning marijuana. Postal Inspector Jackman asked Brecker about the smell and he said, "I smoke weed, man."

Once the scene was secure, Brecker's handcuffs were removed and Postal Inspector Jackman asked Brecker for written consent to search the Express Mail packages, his residence, and a safe that was discovered in the bedroom closet while performing a protective sweep. Postal Inspector

Date/Time Printed: 11/20/2012 11.00 56
Printed By / Reason. #mckjr2 / review

12-53375

ckman noted on the consent to search form that investigators were
arching for narcotics, proceeds of narcotics, and firearms. Brecker
was provided an opportunity to read IS Form 8193, consent to search
form. Brecker agreed to cooperate and voluntarily signed the consent to
search form. Once the form was signed Postal Inspector Jackman opened
the Express Mail packages that were addressed to "Mike" at 448 Parkview
Place Drive, Brecker's residence. Although Brecker's name was not
listed on the parcel, he is a known mail recipient at 448 Parkview Place
Drive and has apparent authority for mail addressed to his residence.
Furthermore, Brecker inquired about the parcels earlier that morning, and
when initially detained, Brecker acknowledged that the parcels contained
shoes.

Upon opening the parcels, investigators discovered two black pelican
cases. Both cases had padlocks securing the contents. Brecker was asked
if he had a key to open the locks. Brecker said he did not. Brecker
was informed that the locks would be damaged while opening the parcels
and he agreed to allow the search to proceed. Within the pelican cases
were several individually heat sealed vacuum bags containing an estimated
combined total of 47 pounds of suspected marijuana.

While conducting a search of the residence, investigators located one
lock, model 27, 40 caliber handgun, serial number CCG 807, located
the floor, by the front door, in between a car stereo box and the
television speaker. In addition, investigators located one Ruger, model
P345, 45 caliber handgun, serial number 664-99514, under the couch, in
the living room area.

In addition, while conducting a search of the residence, investigators
located in the master bedroom closet, one Panther Arms DPMS rifle, 308
caliber, model LR-308, serial number 14685; one Bushmaster rifle, 223
caliber, model XM15-E25, serial number L382842; and one Bushmaster rifle,
223 caliber, model XM15-E25, serial number L341450. It should be noted,
all firearms were loaded at the time of discovery.

As previously noted, a safe was discovered in Brecker's bedroom closet.
It should be noted, Brecker voluntarily provided the combination for the
safe and allowed investigators to search the safe.

Prior to opening the safe, Brecker told investigators that the safe
contained approximately $45,000.00 in U.S. currency. It should be noted,
once the safe was opened it contained $45,597.00 in U.S. Currency.
While counting the money, Postal Inspector Jackman advised he could
mell an odor consistent with the smell of marijuana emitting from the
ney. Detective Joe Brandt and his trained K9 dog, "Emma", were on the
scene, and Postal Inspector Jackman asked Detective Brandt if his K9,
"Emma", could perform a K9 review of the money. Detective Brandt had

Date/Time Printed 11/20/2012 11:00:56
Printed By / Reason #mckjr2 / review

12-53375

mma" review the proceeds from the safe, and she indicated that "Emma" sitively alerted to the money, indicating the presence of a narcotics odor. In addition to the positive alert by K9 Emma, Postal Inspector Jackman noted that most of the proceeds were in smaller denominations, consistent with previous seizures of suspected drug proceeds.

While at the scene, Postal Inspector Jackman seized the U.S. Currency as suspected drug proceeds.

At this time ID Detective Neff responded to the scene to assist in the investigation. It should be noted, The Express Mail packages containing the marijuana, all firearms, rifle carrying cases, numerous ammunition, flashlight with case, and one pair of gorilla gloves were seized as evidence and later released into the custody of ID Detective Neff. See ID Detective Neff's supplemental report for further.

In addition, Postal Inspector Jackman left a receipt at the scene, reflecting the seizure of approximately $45,420 in U. S. Currency. It should be noted, the money was later recorded and verified as $45,597.00 in U.S. Currency. Brecker was notified that Postal Inspector Jackman seized the proceeds, at which time Brecker stated he could prove every dollar he had within his safe through his Tanning Salon business and his mily inheritance he received.

It should be noted, Misty Roberson was released at the scene without incident.
After identifying the aforementioned items during the consent to search, Brecker was taken into custody and transported to the Ballwin Police Department for questioning.

Upon arrival at the Ballwin Police Department, Brecker was led to that Department's designated conference room for questioning. Prior to interviewing Brecker, Brecker was read his Miranda Rights per the Advice and Wavier of Constitutional Rights per Miranda Decision. Brecker stated he understood his rights and was willing to answer questions and make statements. I later seized this form as evidence. It should be noted, Federal Bureau of Investigations Special Agent Cunningham, United States Postal Inspector Budt and I were present during the duration of the interview with Brecker.

While conversing with Brecker, Brecker stated he believed the packages he received contained marijuana. Brecker further added he believed the packages contained "quite a bit" of marijuana. Brecker stated he lieved the marijuana in the packages were vacuumed sealed. Brecker ded he was not, however, expecting any packages at this time.

Date/Time Printed. 11/20/2012 11 00:56
Printed By / Reason #mckjr2 / review

12-53375

While speaking with Brecker, Brecker advised approximately a year and a half ago, he received a package in the mail, which contained approximately twelve (12) pounds of marijuana. Brecker also stated he traveled to California and purchased the twelve (12) pounds of marijuana and had it shipped to him using the United States Postal Service. Brecker stated he would often travel to Colorado and California and conduct "Business" deals there.

During the interview, Brecker stated he would "Re-Route" packages of marijuana coming into Missouri. Brecker stated "Somebody" would call him about a "Package" being sent to Missouri from California, at which time Brecker stated he would pick random places to have the "Package(s)" sent to. Brecker stated he would have the "Package(s)" sent to vacant residences or places that would not look suspicious. Brecker further added he would receive anywhere from two thousand dollars to four thousand dollars for each "Package(s)".

While speaking with Brecker, Brecker stated "Christopher Pyszka" and/or "Jason Chun" were two marijuana dealers/buyers who could purchase large amounts of marijuana from him. Brecker stated the marijuana would be sold for approximately four thousand two hundred dollars per pound. Brecker further added, once "Christopher Pyszka" and/or "Jason Chun" received the marijuana, both "Christopher Pyszka" and/or "Jason Chun" would return the money from the marijuana back to Brecker.

During the interview, Brecker advised he purchased the Tropical Sun Tanning Salon, which is located in Chesterfield, Missouri, approximately two years ago, from "Jim Becker", for approximately twelve thousand five hundred dollars.

While speaking with Brecker, Brecker advised he received a large sum of money from an inheritance when his mother and grandmother passed away a few years ago.

While conversing with Brecker, Brecker advised he has been commingling proceeds from the sales of large shipments of marijuana into his "Charles Schwab" brokerage account. Brecker further added he had approximately three million dollars in his "Charles Schwab" account.

While speaking with Brecker, Brecker stated his "Source of Supply" for the marijuana was in Eureka, California. Brecker stated his "Source of Supply" was an older lady named "Laura"; however, Brecker stated he did not know her last name. Brecker stated he would telephone/text "Laura" at "Laura's" cell phone number, 707-496-4621, to coordinate the deals. Brecker stated he met Laura approximately five years ago through a mutual friend (Chris Pyszka). Brecker stated he "Coordinated" deals for large sums of money and marijuana between "Laura" and other "Buyers" in

Date/Time Printed: 11/20/2012 11:00:56
Printed By / Reason: #mckjr2 / review

12-53375

ssouri. Brecker stated over a period of one and half years, he has obably "Coordinated" approximately four million dollars between "Laura" and people trying to purchase marijuana from her.

Brecker added "Laura" would use the United States Postal Service to ship the marijuana, or if the order was big enough, she would have someone drive it to Missouri. Brecker stated "Laura" would pay someone approximately two hundred dollars a pound to drive the marijuana to Missouri.

At this time, I asked Brecker if he would like to write a written statement regarding what he had just told us, at which time Brecker stated, "No".

I seized the Rights Wavier Form as evidence. This item was later conveyed to the St. Louis County 2nd Precinct and packaged as such.

While at the Ballwin Police Department, a record check of Brecker was conducted in which Brecker was Wanted, per reference number W99387025, for Possession of Marijuana.

Once the interview was concluded, Brecker was placed in handcuffs, ecked for proper fit, and transported to the St. Louis County Justice nter, located at 100 South Central, Clayton, Missouri 63105, where he was released into their custody.

Any further information will be forwarded in a supplemental report.

Date/Time Printed: 11/20/2012 11:00:56
Printed By / Reason: #mckjr2 / review

12-53375

## SAINT LOUIS COUNTY POLICE DEPARTMENT
## INVESTIGATIVE REPORT
## 12 - 53375 - SUPPLEMENT #1

### INVESTIGATIVE INFORMATION

**Supplement Information**
| | |
|---|---|
| Current Case Status | CLEARED BY ARREST |
| Date/Time Investigation | |
| Reclassified Description | |
| Orig. Offense | VMCSL-POSSESSION W/INTENT |
| Orig. UCR Code | DRUG/NARCOTIC VIOLATIONS, WEAPON LAW VIOLATIONS |
| Juris Reporting | SAINT LOUIS COUNTY |
| For Jurisdiction | ELLISVILLE |
| Call Received | ON VIEW |
| Reporting Officer | 2932 - NEFF |
| Reporting Dept. | CRIME SCENE |

**CAD Details**
| | |
|---|---|
| Date/Time Received | 09/05/2012 13:00 WEDNESDAY |
| Date/Time Dispatch | |
| Unit Num. | |
| PCT/Dist | CENTRAL COUNTY PRECINCT |
| Nature | DRUG VIOLATION |
| Date/Time Arrival | |
| COGIS | 2160 |
| Sector | |

**Respond Location**
Street Address: 448 PARKVIEW PLACE DRIVE, ELLISVILLE, MISSOURI, 63021
Apt/Suite/Rm #
Location Desc

**Caller Information**
Caller Name
Street Address
Apt/Suite/Rm #    Location Desc
Area Code    Phone #

**Occurrence Details**
Date/Time From: 09/05/2012 13:00 WEDNESDAY    Date/Time To
Premise: RESIDENCE
Street Address: 448 PARKVIEW PLACE DRIVE, ELLISVILLE, MISSOURI, 63021
Apt/Suite/Rm #    Location Desc

**Burglary Details**
Entry Point    Exit Point
Entry Method    Tools Used
☐ Visible Point of Entry?

Weapon/Object Used

**Other Agency**
Agency/Personnel

**Management**
Date/Time Entered: 09/20/2012 10:22 THURSDAY    Entered By    DEBORAH BLANC

**Approval Record(s)**
| | | | |
|---|---|---|---|
| FINAL APPROVAL | JACOB DODSON | DSN 3983 | 10/04/2012 16:13 THURSDAY |
| SUPERVISOR REVIEW | GEORGE CAVANAUGH | DSN 2126 | 10/01/2012 13:11 MONDAY |

Date/Time Printed 11/20/2012 11:00:56
Printed By / Reason #mckjr2 / review

12-53375

## NARRATIVE

09/05/2012, I responded to 448 Parkview Place for a photo assignment reference a drug controlled buy. Upon arrival, I met with Sgt. J. Cox, DSN 2736, of the Drug Unit, who stated that while conducting a consent to search at the above location, they uncovered a number of weapons and a large amount of possible marijuana.

The following pictures are on file at the St. Louis County Photo Lab:

- Overall of the scene board (1)

- Overall of the exterior of the condo (2)

- Midrange view of the front entrance to the condo and the address (3)

- Overall of the staircase leading to the second floor bedrooms from the main floor (4)

- Overall of the entrance to second upper floor bedroom (5)

- Overall of the hallway leading to the master bedroom (6)

- Overall of the interior of the master bedroom (7 and 8)

- Overall of rifles on the bed in the master bedroom (9 and 10)

- Overall of the interior of the closet in the master bedroom (11 and 12)

- Midrange view of the money in the safe in the closet of the master bedroom (13)

- Overall of ammo boxes in the back of the closet in the master bedroom (14)

- Midrange view of the ammo in the ammo boxes (15)

- Midrange view of plastic drawers in the closet in the master bedroom (16)

- Midrange view of ammo in the top drawer (17)

- Overall of box in the corner of the closet containing more ammo (18)

- Midrange view of ammo in the box (19)

- Overall of the interior of the second bedroom on the upper floor (20-24)

Date/Time Printed. 11/20/2012 11.00:56
Printed By / Reason: #mckjr2 / review

12-53375

- Overall of the upper floor bathroom (25)

- Overall of the black carry case removed from the box it had been shipped in (26)

- Overall of the postal sticker on the box (27)

- Midrange view of locks on the black carry case (28)

- Midrange view of the manufacturer's name on the black carry case (29)

- Overall of the contents of the black carry case after locks were removed and case opened (30)

- Midrange views of the contents of the carry case (31 and 32)

- Overall of the second package shipped to the above address before it is opened (33)

- Overall of the labels on the second package showing shipping details (34)

- Overall of the inside of the package (35)

- Overall of the package after wrap had been removed (36)

- Overall of the black carry case after it was removed from the second package (37)

- Overall of the locks on the second carry case (38)

- Overall of the contents of the second carry case (39)

- Overall of the contents of the second carry case after it was removed from the carry case (40)

- Overall of the pistol next to the TV on the main floor (41)

- Midrange view of the pistol next to the TV (42)

- Overall of a pistol on the top of a speaker on the main floor (43)

- Midrange view of a pistol on top of the speaker (44)

Date/Time Printed: 11/20/2012 11.00.56
Printed By / Reason #mckjr2 / review
12-53375

- Overall of the kitchen (45-47)

- Overall of the staircase leading to the basement from the main floor (48)

- Overall of the entrance to the basement (49)

- Overall of the hallway leading to the garage (50 and 56)

- Overall of the interior of the basement (51 and 52)

- Overall of the interior of the garage (54 and 55)

- Overall of a pistol with the live round removed and magazine (56)

- Close up of the manufacturer's information on the pistol (57)

- Close up of the serial number on the pistol (58 and 59)

- Overall of second pistol with live round removed from chamber and magazine (60)

- Close up of the manufacturer's information on the second pistol (61 and 62)

- Close up of serial number on second pistol (63)

- Overall of first rifle (64)

- Close up of manufacturer's information on first rifle including serial number (65-67)

- Overall of the second rifle (68)

- Close up of the manufacturer's information including serial number of the second rifle (69 and 70)

- Overall of the third rifle (71)

- Close up of the manufacturer's information including serial number of the third rifle (72 and 73)

The following items were seized as evidence and sent to the St. Louis County Firearms Unit. The following firearms were all issued Teletypes which were sent by DSN 2237:

Date/Time Printed: 11/20/2012 11:00:56
Printed By / Reason: #mckjr2 / review

12-53375

- Item 1, Glock 27, 40 cal., serial number CCG807, TT528, lead seal number 528

- Item 1A, magazine containing nine live rounds

- Item 1B, live round seized from the chamber of the Glock

- Item 2, Ruger P345, 45 cal., serial number 664-99514, TT 529, lead seal number 30520

- Item 2A, magazine containing 8 live rounds

- Item 2B, live round seized from the chamber of the Ruger

- Item 3, Panther Arms DPMS, 308 cal., Model LR-308, serial number 14685, TT 530, lead seal number 30552

- Item 3A, magazine containing multiple live rounds

- Item 3B, gun case

- Item 4, Bush Master XM15-E2S caliber 223-5.56MM, serial number L382842, 531, lead seal number 30544

- Item 4A, magazine containing multiple live rounds

- Item 4B, 1X42 scope

- Item 4C, Green gun case

- Item 5, Bush Master XM15-E2S caliber 223-5.56, serial number L341450, TT532, lead seal number 30583

- Item 5A, empty magazine

- Item 5B, magazine containing multiple live rounds

- Item 5C, magazine containing multiple live rounds

- Item 5D, magazine containing multiple live rounds

- Item 5E, magazine containing multiple live rounds

- Item 5F, gun case

Date/Time Printed: 11/20/2012 11:00:56
Printed By / Reason: #mckjr2 / review

12-53375

- Item 6, Green ammo case containing 301 223 live rounds
- Item 7, green ammo case containing 307 live 40 cal. rounds
- Item 8, box containing multiple 308 shell casings
- Item 9A-9G, seven boxes of Federal 308 rounds, 20 per box
- Item 10, magazine containing multiple 308 rounds
- Item 11, one box Winchester SXT 40 cal. 20 rounds
- Item 12, one box Winchester 40 cal., 12 in the box
- Item 13, Federal 40 cal. hollow points, one box containing 20 live rounds
- Item 14, PMC Ammunition, one box containing 20 223 live rounds
- Item 15, Hornady 45 cal. FTX., one box containing 7 live rounds
- Item 16, Hornady 45 cal. Zombie Max, one box containing 15 live rounds
- Item 17, Winchester 40 S&W, one box containing 27 40 cal. live rounds and 13 45 cal. live rounds
- Item 18, one container holding 50 45 cal. live rounds
- Item 19, clear bag containing multiple mixed cal. live rounds

The following items were seized as evidence and sent to the St. Louis County
Property Control Unit:

- Item 5G, flash light with case
- Item 5H, one pair of Gorilla gloves

The following items were seized as evidence and sent to the St. Louis County
Crime Lab:

- Item 20, one box containing a black container which contains approximately 24 s of a green leafy substance

Date/Time Printed: 11/20/2012 11:00:56
Printed By / Reason: #mckjr2 / review

12-53375

Item 21, one box containing a black container which contains approximately 24 lbs of a green leafy substance

- Items 3 thru 19 were seized from the master bedroom which is located on the second floor of the home. Items 1 thru 2B were seized from the living room of the home. Items 20 and 21 were also seized from the living room of the home.

I have nothing further for this supplement