UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14CR250 CDP |
| | ) | |
| DAVID BRECKER, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

This matter is before the Court on defendant David Brecker's motion to dismiss the indictment [#335] and motion to suppress evidence [#334]. All pretrial motions were referred to United States Magistrate Judge Terry I. Adelman under 28 U.S.C. § 636(b). Judge Adelman considered these motions based on the written record and without an evidentiary hearing. He then filed a separate Report and Recommendation on each motion. He recommended that both motions be denied. No party has objected to the recommended dispositions of these motions.

I have reviewed the motions and briefs, as well as the affidavit supporting the search warrant that is the subject of the motion to suppress, and I believe Judge Adelman's reasoning and conclusions are entirely correct. As there are no objections to Judge Adelman's recommendations, I will adopt and sustain the

thorough reasoning of Magistrate Judge Adelman and will deny the motion to dismiss and the motion to suppress evidence seized pursuant to the search warrant.

Accordingly,

**IT IS HEREBY ORDERED** that the Reports and Recommendation of the United States Magistrate Judge [##401, 403] are **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant David Brecker's motion to suppress evidence seized pursuant to the search warrant [#334] and his motion to dismiss [#335] are **DENIED.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of June, 2015.